# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOSA, | CASE NO. 1:09-cv-00760 DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTIONS FOR COURT ORDER AND MOTIONS TO EXTEND TIME |
| v. | |
| DARREL ADDAMS, et al., | (Docs 12, 13) |
| Defendants. | |
| _____/ | |

Plaintiff Frank Espinosa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 29, 2009, along with an application to proceed *in forma pauperis* ("*ifp*"). (Docs. 1, 2.)  On May 5, 2009, the Court issued an order noting that Plaintiff had used the incorrect form for his application to proceed *ifp*, and ordered Plaintiff to submit a new application using the enclosed form or pay the filing fee.  (Doc. 4.)  Plaintiff resubmitted his application on May 15, 2009, and on May 18, 2009, the Court issued an order granting the application. (Docs. 6,7.)  The Court also ordered Plaintiff to submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff had not already done so. (Doc. 7.)

Now pending before the Court are Plaintiff's motion for an extension of time to submit his trust account statement and/or for an order commanding prison officials to provide the Court with his trust account statement. (Docs. 12, 13.)

A review of the Court docket indicates that Plaintiff has submitted a prison trust account

1  statement for the six-month period immediately preceding the filing of his complaint.  The prison
2  trust account statement is attached to Plaintiff's original application to proceed *ifp* filed on April 29,
3  2009. (Doc. 2.)
4      Because Plaintiff has already submitted the requisite trust account statement, a further trust
5  account statement is not required.  Plaintiff's motions for an extension of time or for a court order
6  are unnecessary.  Accordingly, Plaintiff's motions, filed June 3 and June 8, 2009, are HEREBY
7  ORDERED DISREGARDED.
8      IT IS SO ORDERED.
9      Dated: **June 18, 2009**     /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE