# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOSA, | CASE NO. 1:09-cv-00760 DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE BY UNITED STATES MARSHAL |
| v. | (Doc. 19) |
| DARREL ADDAMS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Frank Espinosa ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 15, 2009, Plaintiff filed a motion to withdraw his previous motion to amend. Plaintiff also requests that the Court order the United States Marshal to service defendants with the summons and complaint.

First, the motion to withdraw is moot. The motion to amend was resolved by order issued July 7, 2009. At this juncture, this action proceeds on Plaintiff's original complaint filed April 29, 2009.

Second, Plaintiff is proceeding *in forma pauperis*, which entitles him to service of his complaint by the United States Marshal. Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d). **However, the Court will not issue an order directing the Marshal to serve until the complaint has been screened by the Court and found to set forth federal claims that are cognizable**. 28 U.S.C. §

1915A; 28 U.S.C. § 1915(e).  That finding has not yet been made and Plaintiff's motion for service at this juncture shall be denied as premature.

    IT IS SO ORDERED.

    Dated:    **September 4, 2009**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE