# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPINOSA, | CASE NO. 1:09-cv-00760 DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SIGN AND RE-FILE FIRST AMENDED COMPLAINT |
| v. | |
| DARREL ADDAMS, et al, | (Doc. 22) |
| Defendant. | |

Plaintiff Frank Espinosa ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2009, Plaintiff filed a First Amended Complaint, which is undated and unsigned. (Doc. 22.)

The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). The Clerk of the Court is HEREBY DIRECTED to send to Plaintiff a copy of the First Amended Complaint. (Doc. 22.) Within twenty (20) days of service of this order, Plaintiff is to sign and re-file the First Amended Complaint.

Failure to comply with this order may result in dismissal of this action for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated: November 23, 2009          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1